UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Hadi Abuatelah
                 Plaintiff,

v.                                                    Case No.: 1:22–cv–03998
                                                        Honorable Steven C. Seeger

Officer One, et al.
                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 29, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: The motion for an agreed protective order (Dckt. No. [9]) is hereby granted. Protective Order to follow. Plaintiff began its filing with a "Notice of Filing." The Court directs Plaintiff's counsel to read this Court's Standing Order entitled "Notice of Motion vs. Notice of Filing." A notice of filing is unnecessary. The Court also directs all counsel to read Local Rule 5.5 about certificates of service. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.