# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Hadi Abuatelah

                Plaintiff,

v.                                                       Case No.: 1:22–cv–03998
                                                             Honorable Steven C. Seeger

Officer One, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 6, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's motion for leave to file a second amended complaint (Dckt. No. [12]) is hereby granted. The Court grants Plaintiff leave to file a second amended complaint by September 12, 2022. Plaintiff has not yet effectuated service of process. Plaintiff must serve the defendants with the updated complaint, and must file a proof of service on the docket. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.