## **CERTIFICATE OF SERVICE**

    I, the undersigned attorney, certify that I electronically filed the second amended complaint with the Clerk of Court of the Northern District of Illinois using the CM/ECF system on 9/1/22. Pursuant to Fed R. Civ P. 5(b) (3) and the Northern District of Illinois' LR 5.9, I have hereby electronically served all filing users with a copy of Plaintiff's Notice of Motion.

    I, the undersigned attorney, certify that I have also served a paper copy of Plaintiff's Second Amended Complaint by mailing copy to 200 West Adams Street Chicago Illinois 60606 as required by Fed R. Civ. P. 5 (a) by first class U.S. Mail, proper postage pre-paid, deposited in the U.S. Mail depository at 16345 Harlem Ave Suite 250 Tinley Park Illinois 60477, before 5:00 pm.

                                                                        /s/ Zaid Abdallah