## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: DENA NATOUR FOR MINOR HADI ABUATELAH v. VILLAGE OF OAK LAWN, et al.

Case Number: 22-cv-03998

An appearance is hereby filed by the undersigned as attorney for:

Village of Oak Lawn and Chief of Oak Lawn Police Daniel Vittorio

Attorney name (type or print): Kevin M. Casey

Firm: Peterson, Johnson & Murray Chicago, LLC

Street address: 200 W. Adams, Suite 2125

City/State/Zip: Chicago, IL  60606

Bar ID Number: 6282635
(See item 3  in instructions)

Telephone Number: 312-724-8032

Email Address: kcasey@pjmlaw.com

Are you acting as lead counsel in this case?  ☑ Yes  ☐ No

Are you acting as local counsel in this case?  ☐ Yes  ☑ No

Are you a member of the court's trial bar?  ☐ Yes  ☑ No

If this case reaches trial, will you act as the trial attorney?  ☑ Yes  ☐ No

If this is a criminal case, check your status.  ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 22, 2022

Attorney signature:  S/ *Kevin M. Casey*
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015