IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENA NATOUR FOR MINOR, HADI ABUATELAH, <br><br> Plaintiff, <br><br> v. <br><br> CHIEF OF OAK LAWN POLICE, DANIEL VITTORIO, OFFICER B. COLLINS, OFFICER P. O'DONNELL, OFFICER M. HOLLINGSWORTH, and THE VILLAGE OF OAK LAWN, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 22-cv-03998 <br><br> Judge Steven C. Seeger |

**DEFENDANTS UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

NOW COME the Defendants, the Village of Oak Lawn and Chief of Oak Lawn Police, Daniel Vittorio, by and through their attorneys, Peterson, Johnson & Murray Chicago, LLC, and for their Unopposed Motion for an Extension of Time to Answer or Otherwise Plead to Plaintiff's Second Amended Complaint, state as follows:

1. This matter was initially filed on August 1, 2022, and alleged civil rights claims and related state law claims arising from an incident on July 27, 2022. (*See* Docket No. 1).

2. Waivers of Service for Defendants, the Village of Oak Lawn and Chief of Oak Lawn Police, Daniel Vittorio, were filed on August 8, 2022 with responsive pleadings due on October 7, 2022. (*See* Docket Nos. 5 and 6).

3. Plaintiff filed a Second Amended Complaint on September 7, 2022. (*See* Docket No. 15).

4. The remaining defendants waived service of summons and have responsive pleading deadline of November 7, 2022. (*See* Docket Nos. 18, 20).

5. On September 30, 2021, undersigned counsel communicated with Plaintiff's counsel regarding the above matters, and requested an extension of time to Answer or Otherwise Plead to Plaintiff's Second Amended Complaint to November 7, 2022 in order for all defendants to have the same responsive deadlines.

6. Plaintiff does not oppose this extension.

7. The extension of time requested through this motion will not prejudice any Party, and it is not intended for any improper purpose such as to needlessly compound the expense of litigation or otherwise inconvenience the Court, Parties, or counsel.

**WHEREFORE,** the Defendants, the Village of Oak Lawn and Chief of Oak Lawn Police, Daniel Vittorio, pray that this Honorable Court enter an order granting them an Extension of Time to and including November 7, 2022, to Answer or Otherwise Plead to Plaintiff's Second Amended Complaint.

Respectfully submitted,

By: */s/Kevin M. Casey*
One of the Attorneys for Defendants

Kevin M. Casey
Peterson, Johnson & Murray Chicago, LLC
200 W. Adams, Suite 2125
Chicago, Illinois 60606
T: (312) 724-8024
F: (312) 896-9318
kcasey@pjmlaw.com