**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Hadi Abuatelah
                         Plaintiff,

v.                                               Case No.: 1:22–cv–03998
                                               Honorable Steven C. Seeger

Officer One, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 31, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the joint initial status report. (Dckt. No. [26]) The Court adopts the proposed schedule. Fact discovery will close on May 7, 2023. Scheduling Order to follow. Defendants intend to file a motion to stay. The adoption of the schedule is without prejudice to any forthcoming motion. Plaintiff has not made a settlement demand. Plaintiff must make a settlement demand in writing and in good faith by November 15, 2022. Defendants must respond in writing and in good faith by December 7, 2022. By December 15, 2022, the parties must meet and confer and must file a joint statement addressing whether they seek a settlement conference. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.