# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DENA NATOUR FOR MINOR ) | |
| HADI ABUATELAH , ) | |
| Plaintiffs, ) | Case No. 22-cv-03998 |
| v. ) | Hon. Steven C. Seeger |
| CHIEF OF POLICE OAK LAWN POLICE ) | |
| DANIEL VITTORIO, OFFICER B. ) | |
| COLLINS, OFFICER P. O'DONNELL ) | |
| OFFICER M. HOLLINGSWORTH and ) | |
| THE VILLAGE OF OAK LAWN ) | |
| Defendants. ) | |

## SCHEDULING ORDER UNDER RULE 16(b)

The Court received the parties' Joint Initial Status Report, which contained a proposed discovery plan as required by Rule 26(f)(2). Based on the discovery plan proposed by the parties, the Court hereby sets the following scheduling order under Rule 16(b). The Court will modify this schedule "only for good cause." *See* Fed. R. Civ. P. 16(b)(4).

| Event | Deadline |
|---|---|
| Amendment to the pleadings | 3.30.23 |
| Service of process on any "John Does" | All Defendants waived service |
| Completion of Fact Discovery | 5.7.23 |
| Disclosure of Plaintiff's Expert Report(s) | 6.7.23 |
| Deposition of Plaintiff's Expert | 9.7.23 |
| Disclosure of Defendant's Expert Report(s) | 8.7.23 |
| Deposition of Defendant's Expert | 11.7.23 |
| Dispositive Motions | 12.7.23 |

Date: October 31, 2022

Steven C. Seeger
United States District Judge