IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENA NATOUR FOR MINOR, HADI ABUATELAH, | ) )  ) |
| Plaintiff, | ) ) |
| v. | ) ) |
|  | ) Case No. 22-cv-03998 |
| CHIEF OF OAK LAWN POLICE, DANIEL VITTORIO, OFFICER B. COLLINS, OFFICER P. O'DONNELL, OFFICER M. HOLLINGSWORTH, and THE VILLAGE OF OAK LAWN, | ) ) Judge Steven C. Seeger ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS, VILLAGE OF OAK LAWN AND CHIEF OF POLICE, DANIEL VITTORIO'S MEMORANUM IN SUPPORT OF A MOTION TO STAY**

NOW COME the Defendants, the Village of Oak Lawn (the "Village") and Chief of Police, Daniel Vittorio, by and through their attorneys, Peterson, Johnson & Murray LLC, for its Memorandum in Support of Motion to Stay, states as follows:

**Introduction**

This lawsuit arises from a July 27, 2022, encounter between officers from the Village of Oak Lawn Police Department and Hadi Abuatelah, a minor. Plaintiff Dena Natour filed the seven-count complaint on his behalf and has named Officer O'Donnell, Officer B. Collins and Officer M. Hollingsworth as Defendants in both their individual capacities. (Doc. # 15, Second Amended Complaint, ¶¶ 3-5) In addition, he has named Daniel Vittorio solely in his official capacity as the Chief of Police as well as the Village of Oak Lawn, as Defendants. (Doc. # 15, ¶¶ 6-7). Count I is a Section 1983 claim for excessive force/failure to intersection against Officer O'Donnell and

defendant Officers B. Collins and M. Hollingsworth (collectively, "Defendants Officers"). (Doc. # 15, Second Amended Complaint, p. 4). Count II is a Section 1983 racially motivated conspiracy claim. (Doc. # 15, p. 5). Count III is a *Monell* claim against defendant Village of Oak Lawn. Count IV-VII are state law claims, respectively for: intentional infliction of emotional distress; battery, *respondeat superior*; and indemnity. Again, Plaintiff lumps in all "Defendant Officers". (Doc. # 15, p. 6-9).

On November 4, 2022, Defendants, Officer O'Donnell, Officer B. Collins, and Officer M. Hollingsworth moved to stay the case. (Doc. #29). For the reasons set forth below, the Village and Chief Vittorio incorporate by reference the Defendant Officers' memorandum in support of their motion to stay and the reasons contained therein supporting their request for a stay.

### Discussion

The Village and Chief Vittorio join Defendants, Officer O'Donnell, Officer B. Collins, and Officer M. Hollingsworth motion to stay and also requests a stay as to any further proceedings in this case. Where a stay is appropriate for a defendant officers, a stay is also appropriate as to a defendant municipality. See *Chagolla v. City of Chicago*, 529 F. Supp. 2d 945, 948 (N.D. Ill. 2008). While a municipality has no Fifth Amendment privilege, courts have recognized that where a stay has been granted to individual defendants, a defendant municipality would be in an unfair position if it, likewise, did not receive a stay. *Id*. at 948. In such a situation, because the testimony of the individual officer regarding the underlying incident would be unavailable, the defendant municipality's ability to defend itself would be impaired. *Id*.

Here, the Village and Chief Vittorio's ability to defend itself would be impaired if the case was not stayed. The claims against the Village and that of Chief Vittorio in the Second Amended Complaint are inextricably linked to the claims against the individual Defendant Officers. The

Defendant Officers' participation in the case is critical to the Village and Chief Vittorio's ability to defend themselves. Because a stay is appropriate as to defendant officers, the Court should also stay the case as to the Village and Chief Vittorio.

WHEREFORE, the Village of Oak Lawn and its Chief of Police, Daniel Vittorio, requests that this Court grant the instant motion and stay these proceedings and grant any other relief deemed appropriate.

Respectfully submitted,

THE VILLAGE OF OAK LAWN and CHIEF OF POLICE DANIEL VITTORIO

*/s/Kevin M. Casey*
Kevin M. Casey

Kevin M. Casey
Peterson, Johnson & Murray LLC
200 West Adams, Suite 2125
Chicago, Illinois 60606
T: 312-724-8032
F: 312-896-9318
kcasey@pjmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2022, I electronically filed ***DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO STAY*** with the Clerk of the Court using the CM/ECF system who will notify all registered CM/ECF participants.

*/s/ Kevin M. Casey*