**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DENA NATOUR FOR MINOR HADI ABUATELAH, | ) |
| | ) |
| Plaintiff, | ) No.22CV03998 |
| | ) |
| v. | ) |
| | ) Hon. Judge Steven C Seeger |
| CHIEF OF OAK LAWN POLICE DANIEL | ) |
| VITTORIO, OFFICER B. COLLINS, OFFICER P. O'DONNELL | ) |
| OFFICER B.P. CARLSON, and THE VILLAGE OF | ) |
| OAK LAWN | ) |
| Defendants. | ) |

JOINT STATEMENT ON THE STATUS OF SETTLEMENT

The parties have conferred and submit the following joint statement on the status of

settlement. Plaintiff made a written demand to the Defendants. More information is required by

Defendants to respond to Plaintiff's demand, including medical records and bills. Plaintiff's

counsel issued subpoenas for said records. Plaintiff will forward said records to Defendants upon

receipt.

/s/ Zaid Abdallah                                          *K. Austin Zimmer*
Counsel for Plaintiff

By: *s/Michael J. Victor*
Attorney for Defendant Officer Patrick O'Donnell
Michael Victor
Donahue & Rose, PC
9501 W. Devon Ave., Ste. 702
Rosemont, IL 60018                          Respectfully submitted,
312-541-1078                                       *Kevin M. Casey*
mvictor@drlawpc.com                        Counsel for Defendants, Village of Oak
                                                          Lawn and Chief of Oak Lawn Police, Daniel
                                                          Vittorio