IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENA NATOUR FOR MINOR, HADI ABUATELAH, ) ) ) | |
| Plaintiff, ) ) ) | |
| v. ) ) ) | Case No. 22-cv-03998 |
| CHIEF OF OAK LAWN POLICE, DANIEL VITTORIO, OFFICER B. COLLINS, OFFICER P. O'DONNELL, OFFICER M. HOLLINGSWORTH, and THE VILLAGE OF OAK LAWN, ) ) ) ) ) ) ) | Judge Steven C. Seeger |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

To:     All Counsel on Record

I, Kevin Casey, attorney, certify that I served this notice and the following documents by mailing a copy to the above-named party at his respective address before 5:00 p.m., on January 5, 2023, a copy of which accompanies this Notice and is herewith served upon you.

- *Defendant's Initial Rule 26(a)(1) Disclosures.*

                                        Respectfully submitted,

                            By:     */s/ Kevin M. Casey*
                                        One of the attorneys for the Defendants

Kevin M. Casey
Peterson, Johnson & Murray Chicago, LLC.
200 W. Adams
Suite 2125
Chicago, Illinois  60606
(312) 724-8032
kcasey@pjmlaw.com