# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Hadi Abuatelah

                Plaintiff,

v.

Officer One, et al.

                Defendant.

Case No.: 1:22–cv–03998
Honorable Steven C. Seeger

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 9, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: Defense counsel filed a certificate of service for its Rule 26(a)(1) disclosures. (Dckt. No. [40]) There is no need to file such a certificate of service, as provided in Rule 5(d)(1). The Court directs all counsel of record to read Rule 5(d)(1). Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.