IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS –
EASTERN DIVISION

| | | |
|---|---|---|
| DENA NATOUR for MINOR HADI ABUATELAH | ) ) | |
| Plaintiff | ) ) | No. 22 CV 03998 |
| V. | ) ) ) | Hon. Judge Steven Seeger |
| | ) | |
| CHIEF OF OAKLAWN POLICE DANIEL VITTORIO, OFFICER B. COLLINS OFFICER P. ODONNELL, OFFICER M. HOLLINGSWORTH and THE VILLAGE OF OAK LAWN | ) ) ) ) ) | |
| Defendant. | | |

**JOINT INITIAL STATUS REPORT ON SETTLEMENT**

Now come the parties and file this status report. The parties have conferred after Plaintiff made the initial offer; the Defendants are not in a position to make a counteroffer at this time.

/s/ Zaid Abdallah                                         /s/ Kevin Casey

Attorney for Plaintiff                                    Attorney for Defendant Village of Oak Lawn