## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Hadi Abuatelah

                      Plaintiff,

v.                                                Case No.: 1:22–cv–03998
                                                        Honorable Steven C. Seeger

Officer One, et al.

                      Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, February 6, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the joint statement. (Dckt. No. [44]) The parties are not in a position to settle at this time. The parties must file quarterly reports as previously directed. (Dckt. No. [36]) Mailed notice(jjr, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.