IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DENA NATOUR FOR MINOR HADI ABUATELAH, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 22-cv-03998 |
| v. | ) ) ) | Hon. Steven C. Seeger |
| CHIEF OF POLICE OAK LAWN POLICE DANIEL VITTORIO, OFFICER B. COLLINS, OFFICER P. O'DONNELL OFFICER M. HOLLINGSWORTH and THE VILLAGE OF OAK LAWN | ) ) ) ) ) ) | |
| Defendants. | ) | |

**THE PARTIES' JOINT AND AGREED REQUEST
TO THE COURT TO SET A STATUS CONFERENCE**

The parties hereby jointly request this Court to set this case for a status conference and, in support thereof, state as follows:

1. This lawsuit arises from a July 27, 2022 encounter between officers from the Village of Oak Lawn police department and Hadi Abuatelah, a minor.

2. On December 12, 2022, the Court entered an order regarding Defendants' motion to stay. (Doc. 36). The Court's order, among other things, ordered the parties to keep the "Court posted if there are any material developments in the investigation" and stated that the "parties must file a status report no later than once per quarter, starting on the first Friday in April, and continuing on the first Friday of July, and October, and so on." *Id.*

3. The parties seek to update the Court as to developments in the investigation and seek to discuss several issues related to discovery.

      4.      Undersigned counsel has conferred with counsel for all parties and they have all provided consent to file the instant filing a joint and agreed request.


By: *s/Michael J. Victor*

Attorney for Defendant Officer Patrick O'Donnell
OKGC, LLC
Edens Corporate Center
650 Dundee Road - Fourth Floor
Northbrook, IL  60062
847-291-0200
mvictor@okgc.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DENA NATOUR FOR MINOR HADI ABUATELAH, ) ) ) Plaintiffs, ) ) v. ) ) CHIEF OF POLICE OAK LAWN POLICE ) DANIEL VITTORIO, OFFICER B. ) COLLINS, OFFICER P. O'DONNELL ) OFFICER M. HOLLINGSWORTH and ) THE VILLAGE OF OAK LAWN ) ) Defendants. ) | Case No. 22-cv-03998 Hon. Steven C. Seeger |

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2023, I electronically filed the ***Parties Joint and Agreed Request to the Court to Set a Status Conference*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following registered CM/ECF participant(s):

Zaid Abdallah
Abdallah Law
zaid@abdallah-law.com

Emma Melton
Cair-Chicago
emelton@cair.com

Kevin M. Casey
Peterson, Johnson & Murray
kcasey@pjmlaw.com

K. Austin Zimmer
Sean M. Sullivan
Del Galdo Law Group, LLC
zimmer@dlglawgroup.com
sullivan@dlglaw.group.com

By:   *s/Michael J. Victor*
      Michael J. Victor, #6297846
      OKGC Law, LLC
      650 Dundee Road, Suite 475
      Northbrook, Illinois 60062
      Phone: 847/291-0200
      Fax: 847/291-9230
      Email: mvictor@okgc.com