**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Hadi Abuatelah
                     Plaintiff,

v.                                     Case No.: 1:22–cv–03998
                                                   Honorable Steven C. Seeger

Officer One, et al.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 8, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The parties requested a status hearing. (Dckt. No. [46]) A status hearing is set for March 14, 2023 at 10:00 a.m. The hearing will take place in person. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.