UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Hadi Abuatelah

       Plaintiff,

v.                     Case No.: 1:22–cv–03998
                     Honorable Steven C. Seeger

Officer One, et al.

       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 14, 2023:

   MINUTE entry before the Honorable Steven C. Seeger: Status hearing held on March 14, 2023. Counsel informs the Court of recent criminal charges against defendant Patrick O'Donnell in state court. Counsel shall file a notice on the docket attaching a copy of the indictment charged to defendant Patrick O'Donnell. The parties may file a motion about the stay (either to lift, or preserve, or expand) by March 24, 2023. The Court directs counsel for O'Donnell to notify his criminal defense attorney, and notify the state's attorney's office, about the request to lift the stay of discovery, in case any of them have an interest that they seek to express. During the hearing, Plaintiff's counsel expressed an interest in deposing the person who videotaped the incident in question. After the hearing, the Court had a thought. The Court can understand the desire to preserve that testimony and establish authenticity of the video. Even so, maybe the parties could achieve that objective without a deposition, by entering into a stipulation. That is, if the parties stipulated that the videotape is authentic, then maybe there would not be a pressing need to take that deposition. The parties should talk it over. Needless to say, given the pending criminal case, defendant O'Donnell does not need to enter into any evidentiary stipulation. But the other parties should give it some thought. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.