IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENA NATOUR FOR MINOR, HADI ABUATELAH, | ) ) ) |
| Plaintiff, | ) ) Case No. 22-cv-3998 |
| v. | ) ) Judge Steven C. Seeger |
| CHIEF OF OAK LAWN POLICE, DANIEL VITTORIO, OFFICER B. COLLINS, OFFICER P. O'DONNELL, OFFICER M. HOLLINGSWORTH, and THE VILLAGE OF OAK LAWN, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## VILLAGE OF OAK LAWN AND DANIEL VITTORIO'S MOTION TO SUBSTITUTE COUNSEL

NOW COMES Defendants, Village of Oak Lawn and Chief of Oak Lawn Police, Daniel Vittorio (collectively, "Village Defendants"), and move this Honorable Court for entry of an order withdrawing PETERSON, JOHNSON & MURRAY as counsel for the Village Defendants and substituting as counsel KLEIN, THORPE AND JENKINS, LTD. for the Village Defendants. In support thereof, the Village Defendants state as follows:

1. The law firm of PETERSON, JOHNSON & MURRAY currently has an appearance on behalf of the Village Defendants.

2. The Village Defendants wish to be represented by KLEIN, THORPE & JENKINS, LTD. which will file an appearance on behalf of the Village Defendants.

3. Kevin Casey and Shantel Perez, of the law firm of PETERSON, JOHNSON & MURRAY seek leave of court to withdraw their appearances on behalf of the Village Defendants.

4. This substitution is not sought for the purpose of delay but to accommodate Defendants' selection of new counsel to represent it. A substitution indicating new counsel's appearance is attached hereto as Exhibit A.

WHEREFORE, the Defendant respectfully requests this Honorable Court (1) to allow PETERSON, JOHNSON & MURRAY to withdraw its appearance as counsel for the Defendants, Village of Oak Lawn and Chief of Oak Lawn Police, Daniel Vittorio; (2) to allow KLEIN, THORPE & JENKINS, LTD, to file its appearance as counsel for the Defendants, Village of Oak Lawn and Chief of Oak Lawn Police, Daniel Vittorio; and (3) for any additional relief the Court deems proper.

Respectfully submitted,

**KLEIN, THORPE AND JENKINS, LTD.**

By: */s/ Allen Wall*
    Allen Wall

Allen Wall (jawall@#ktjlaw.com)
Howard C. Jablecki (hcjablecki@ktjlaw.com)
Anthony G. Becknek (agbecknek@ktjlaw.com)
Colleen M. Shannon (cmshannon@ktjlaw.com)
Klein, Thorpe and Jenkins, Ltd.
20 North Wacker Drive, Suite 1660
Chicago, Illinois 60606
Tel.: (312) 984-6400