UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DENA NATOUR FOR MINOR HADI ABUATELAH, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 22-cv-03998 |
| v. | ) ) | Hon. Steven C. Seeger |
| CHIEF OF POLICE OAK LAWN POLICE DANIEL VITTORIO, OFFICER B. COLLINS, OFFICER P. O'DONNELL OFFICER M. HOLLINGSWORTH and THE VILLAGE OF OAK LAWN Defendants. | ) ) ) ) ) ) ) ) | |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME
TO FILE A MOTION TO STAY**

NOW COMES Defendants, Village of Oak Lawn and Chief of Oak Lawn Police, Daniel Vittorio (collectively, "Village Defendants"), by and through their counsel, KLEIN, THORPE AND JENKINS, LTD., represented by PETERSON, JOHNSON & MURRAY until the entry of a substitution order, Defendant Officers Brandon Collins and M. Hollingsworth, by and through their counsel, the DEL GALDO LAW GROUP, LLC, and Defendant Officer Patrick O'Donnell, by and through his counsel, O'HALLORAN KOSOFF, GEITNER & COOK, LLC (collectively "Defendants"), and hereby move this Honorable Court for entry of an order providing Defendants 30 days, or until April 21, 2023, to file their Motion to Stay. In support thereof, the Defendants state as follows:

1. On August 1, 2022, the Plaintiff file her Complaint. The Plaintiff alleges claims of excessive force and failure to intervene (Count I), racially motivated conspiracy (Count II), a *Monell* policy claim (Count III), as well as state law supplemental claims of intentional infliction

551858_1

of emotional distress (Count IV), battery (Count V) and state law respondeat superior (Count VI) and indemnification (Count VII).

2. Klein, Thorpe & Jenkins, Ltd. was retained within the last week to represent the Village Defendants and filed a motion for substitution of counsel on appearances on March 17, 2023.

3. The Complaint, nine pages and with numerous allegations, includes multiple claims against the Village Defendants and the individual defendants. (Dkt. 1). The individuals sued include the Chief of Police Daniel Vittoria, and three Oak Lawn officers, one who was recently indicted by the Cook County State's Attorney's Office with a pending criminal case related to the underlying action and factual allegations contained in the Complaint.

4. On December 12, 2012, this Honorable Court granted a stay in part and ordered the Village to file an answer, and that Plaintiff could serve and obtain written responses to discovery from the Village, and that the Village could serve and obtain written discovery responses from the Plaintiff. The Court stayed oral discovery. The initial motion to stay was filed because of the "criminal investigation into the Defendant Officers' conduct." (Dkt. 36).

5. On December 29, 2022, the Village answered the Complaint. (Dkt. 38).

6. On March 14, 2023, a status hearing was held. The Court was informed that criminal charges were filed against Defendant Patrick O'Donnell. The Court allowed all parties to file a motion about the stay ("either to lift, or preserve, or expand,") by March 24, 2023. On March 16, 2023, Plaintiff's counsel filed a motion to modify the stay, requesting to take the oral deposition of Myriah Deal, an eyewitness to the underlying incident. (Dkt. 50).

7. Counsel for the Village Defendants needs time to review, digest and investigate the underlying incident and *Monell* allegations, and to determine whether it will file or join the co-

defendants in a motion to stay or whether any other procedural legal avenues may be taken. Counsel for the Village Defendants must also understand and investigate what written discovery has been commenced and what documents have been produced to date related to the Village Defendants. Because of the status of one of the Village Defendants and his position as Chief of Police, as well as the investigative record related to the underlying criminal investigative matter, the Illinois State Police Report, written discovery to date and other documents to review in this matter, Counsel for the Village Defendants needs time to further investigate the matter and determine their next steps related to a motion to stay and otherwise, and seeks 30 additional days from March 24, 2023 to do so.

8. The counsel for the Defendants contacted Plaintiff's counsel to discuss the recent appointment of Klein, Thorpe and Jenkins to represent the Village Defendants in this matter, and requested an extension of until April 21, 2023, or 30 days to file their motion about the stay. Counsel for the Plaintiff indicated no objection to the Defendants' request and motion. Recently retained counsel for the Village Defendants also spoke with Kevin Casey, who has represented the Village Defendants to this point, who did not object and has started providing KTJ the materials necessary and obtained during his representation.

9. For all these reasons, the Defendants request until April 21, 2023, to file their motion about to stay.

10. The Defendants do not seek the extension of time to unduly delay the proceedings in this matter; rather, the Village Defendants need the additional time so that they may present a reasonable and responsible motion to stay argument or other procedural legal avenue.

551858_1

**WHEREFORE,** for all of the above-stated reasons, the Defendants respectfully request that this Honorable Court enter an order granting Defendants until April 21, 2023, to file their motion about the stay.

Respectfully submitted,

By: */s/Anthony Becknek*

Allen Wall (jawall@ktjlaw.com)
Howard C. Jablecki (hcjablecki@ktjlaw.com)
Anthony G. Becknek (agbecknek@ktjlaw.com)
Colleen M. Shannon (cmshannon@ktjlaw.com)
Klein, Thorpe and Jenkins, Ltd.
Attorneys for Defendants Daniel Vittorio and the Village of Oak Lawn
20 North Wacker Drive, Suite 1660
Chicago, Illinois 60606
(312) 984-6400

By: *s/Michael J. Victor*

Michael J. Victor (mvictor@okgc.com)
Attorney for Defendant Officer Patrick O'Donnell
O'Halloran Kosoff Geitner & Cook, LLC
Edens Corporate Center
650 Dundee Road - Fourth Floor
Northbrook, IL 60062
(847) 291-0200

By: *s/ K. Austin Zimmer*

K. Austin Zimmer zimmer@dlglawgroup.com
Michael Aaron Albert (albert@dlglgroup.com)
Sean Michael Sullivan (sullivanb@dlglgroup.com)
Attorneys for Defendant Officers Brandon Collins and M. Hollingsworth
Del Galdo Law Group LLC
1441 S Harlem
Berwyn, Illinois
(847) 222-7000