# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Hadi Abuatelah

                  Plaintiff,

v.                                    Case No.: 1:22–cv–03998

                                    Honorable Steven C. Seeger

Officer One, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 27, 2023:

        MINUTE entry before the Honorable Steven C. Seeger: Defendants' motion to substitute counsel (Dckt. No. [52]) is hereby granted. Attorneys Casey and Perez are terminated as counsel of record. New counsel must file their appearances. Defendants' motion for an extension of time (Dckt. No. [53]) is hereby granted. Any additional motions about the stay are due by April 21, 2023. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.