IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENA NATOUR FOR MINOR HADI ABUATELAH, | ) ) ) |
| Plaintiffs, | ) Case No. 22-cv-03998 |
| v. | ) ) Hon. Steven C. Seeger |
| CHIEF OF POLICE OAK LAWN POLICE DANIEL VITTORIO, OFFICER B. COLLINS, OFFICER P. O'DONNELL OFFICER M. HOLLINGSWORTH and THE VILLAGE OF OAK LAWN | ) ) ) ) ) ) |
| Defendants. | ) |

### NOTICE PURSUANT TO THE COURT'S MARCH 14, 2023 ORDER

Pursuant to the Court's March 14, 2023 Order, (Doc. 51), Michael J. Victor, on behalf of defendant Patrick O'Donnell, files the instant notice with a copy the indictment attached. Personally identifiable information has been redacted.

**PATRICK O'DONNELL**

By: *s/Michael J. Victor*
Attorney for Defendants

Michael J. Victor, #6297846
IFMK LAW, Ltd.
Edens Corporate Center
650 Dundee Road - Fourth Floor
Northbrook, IL 60062
847-291-0200
mvictor@ifmklaw.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| DENA NATOUR FOR MINOR HADI ABUATELAH , | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 22-cv-03998 |
| v. | ) ) | Hon. Steven C. Seeger |
| CHIEF OF POLICE OAK LAWN POLICE DANIEL VITTORIO, OFFICER B. COLLINS, OFFICER P. O'DONNELL OFFICER M. HOLLINGSWORTH and THE VILLAGE OF OAK LAWN | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2023, I electronically filed ***Defendant's Notice of Indictment*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following registered CM/ECF participant(s):

| | |
|---|---|
| Zaid Abdallah<br>Abdallah Law<br>zaid@abdallah-law.com | Kevin M. Casey<br>Peterson, Johnson & Murray<br>kcasey@pjmlaw.com |
| Emma Melton<br>Cair-Chicago<br>emelton@cair.com | K. Austin Zimmer<br>Sean M. Sullivan<br>Del Galdo Law Group, LLC<br>zimmer@dlglawgroup.com<br>sullivan@dlglaw.group.com |

By: *s/Michael J. Victor*
Michael J. Victor, #6297846
IFMK Law, Ltd.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Phone: 847/291-0200
Fax: 847/291-9230
Email: mvictor@ifmklaw.com

** INFORMATION INDICTMENT RETURN SHEET**

| CASE NO. | IR | DEFENDANT | NO. | ARRAIGNMENT DATE |
|---|---|---|---|---|
| 23CR0210701 | | Patrick O'Donnell | 001 | 03/01/2023 |

GJ- 1062

FBI-     SEX: Male    RACE: White    DOB: ████
ISB-24575591    Add: ████
(Municipal-)
CB-**PRINT AT ARR**    Arrest Agy: **NO ARREST**
RD/AR-22-3807    Arrest Unit:
               Arrest Date:
DL State:    DL#:
Hgt: 508    Wgt: 160
Hair: Blond or Strawberry    Eyes: Hazel

True Bill            02/14/2023
ASA: Kathryn F Sodetz

001 AGG BATTERY/PUBLIC PLACE
     720 ILCS 5/12-3.05(c)
     0016104 Class: 3
002 AGG BATTERY/GREAT BODILY HARM
     720 ILCS 5/12-3.05(a)(1)
     0016094 Class: 3
003 **OFFL MISCONDUCT/FORBIDDEN ACT**
     720 ILCS 5/33-3(a)(2)
     0017902 Class: 3
004 **OFFL MISCONDUCT/FORBIDDEN ACT**
     720 ILCS 5/33-3(a)(2)
     0017902 Class: 3

***

JD

**G.J. = DECEMBER 2022   1062      RETURNED:**

FILED 2023 FEB 21 PM 12:59 IRIS Y MARTINEZ CLERK OF THE CIRCUIT COURT OF COOK COUNTY

G.J. NO. 1062
GENERAL NO. 23CR0210701

CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT
CRIMINAL DIVISION
DECEMBER 2022

The People of the State of Illinois
v.

Patrick O'Donnell

INDICTMENT FOR

AGGRAVATED BATTERY

**ORIGINAL FILE COPY DO NOT REMOVE**

A TRUE BILL

*ADS*

Foreman of the Grand Jury

WITNESS
Sergeant Michael Martin #324

Filed February 21, 2023
_Iris Y Martinez_, Clerk
Bail $

2023 FEB 21 PM 12: 59
IRIS Y MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY
FILED

**G.J. = DECEMBER 2022 1062**      **RETURNED:**

```
STATE OF ILLINOIS     )
                      ) SS.
COUNTY OF COOK        )
```

                    The DECEMBER 2022 Grand Jury of the
                    Circuit Court of Cook County,

The Grand Jurors chosen, selected and sworn, in and for the County of
Cook, in the State of Illinois, in the name and by the authority of the
People of the State of Illinois, upon their oaths present that on or about
July 27, 2022 at and within the County of Cook

                         Patrick O'Donnell

committed the offense of      AGGRAVATED BATTERY

in that HE, IN COMMITTING A BATTERY, OTHER THAN BY THE DISCHARGE OF A
FIREARM, KNOWINGLY CAUSED BODILY HARM TO H.A., TO WIT: STRUCK H.A. ABOUT
THE HEAD AND FACE WITH A CLOSED FIST CAUSING FACIAL CONTUSIONS AND
ABRASIONS, NASAL BONE FRACTURE, AND SUBDURAL HEMORRHAGE, WHILE THEY WERE
ON OR ABOUT A PUBLIC WAY, TO WIT: THE STREET, LOCATED AT 9500 SOUTH
MCVICKER AVENUE IN OAK LAWN, COOK COUNTY, ILLINOIS,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 12-3.05(c) OF THE ILLINOIS
COMPILED STATUTES 1992 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same
People of the State of Illinois.

                         COUNT NUMBER 1
                         CASE NUMBER 23CR0210701
                         CHARGE ID CODE: 0016104

**G.J. = DECEMBER 2022  1062          RETURNED:**

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about July 27, 2022 at and within the County of Cook

Patrick O'Donnell

committed the offense of    AGGRAVATED BATTERY

in that HE, IN COMMITTING A BATTERY, OTHER THAN BY THE DISCHARGE OF A FIREARM, KNOWINGLY CAUSED GREAT BODILY HARM TO H.A., TO WIT: STRUCK H.A. ABOUT THE HEAD AND FACE WITH A CLOSED FIST CAUSING FACIAL CONTUSIONS AND ABRASIONS, NASAL BONE FRACTURE, AND SUBDURAL HEMORRHAGE,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 12-3.05(a)(1) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

```
                        COUNT NUMBER 2
                        CASE NUMBER 23CR0210701
                        CHARGE ID CODE: 0016094
```

**G.J. = DECEMBER 2022  1062**          **RETURNED:**

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about July 27, 2022 at and within the County of Cook

                                        Patrick O'Donnell

committed the offense of      OFFICIAL MISCONDUCT

in that HE, A PUBLIC EMPLOYEE IN HIS OFFICIAL CAPACITY, TO WIT: A POLICE OFFICER FOR THE OAK LAWN POLICE DEPARTMENT, KNOWINGLY PERFORMED AN ACT WHICH HE KNEW WAS FORBIDDEN BY LAW TO PERFORM, TO WIT: HE COMMITTED THE OFFENSE OF AGGRAVATED BATTERY ON A PUBLIC WAY (720 ILCS 5/12-3.05(c)) WHEN HE KNOWINGLY STRUCK H.A. ABOUT THE FACE AND HEAD CAUSING FACIAL CONTUSIONS AND ABRAISONS, NASAL BONE FRACTURE, AND SUBDURAL HEMORRHAGE, ON A PUBLIC WAY, TO WIT: THE STREET AT 9500 SOUTH MCVICKER AVENUE, OAK LAWN, COOK COUNTY, ILLINIOS

IN VIOLATION OF CHAPTER 720 ACT 5 SECTON 33-3(a)(2) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

                                      COUNT NUMBER 3
                                      CASE NUMBER 23CR0210701
                                      CHARGE ID CODE: 0017902

**G.J. = DECEMBER 2022  1062**        **RETURNED:**

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about July 27, 2022 at and within the County of Cook

Patrick O'Donnell

committed the offense of    OFFICIAL MISCONDUCT

in that HE, A PUBLIC EMPLOYEE IN HIS OFFICIAL CAPACITY, TO WIT: A POLICE OFFICER FOR THE OAK LAWN POLICE DEPARTMENT, KNOWINGLY PERFORMED AN ACT WHICH HE KNEW WAS FORBIDDEN BY LAW TO PERFORM, TO WIT: HE COMMITTED THE OFFENSE OF AGGRAVATED BATTERY CAUSING GREAT BODILY HARM, WHEN HE KNOWINGLY STRUCK H.A. ABOUT THE FACE AND HEAD CAUSING FACIAL CONTUSIONS AND ABRAISONS, NASAL BONE FRACTURE, AND SUBDURAL HEMORRHAGE,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTON 33-3(a)(2) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

COUNT NUMBER 4
CASE NUMBER 23CR0210701
CHARGE ID CODE: 0017902

*[signature]*

**G.J. = DECEMBER 2022  1062**          **RETURNED:**

G.J. NO. 1062
GENERAL NO. 23CR0210701

CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT
CRIMINAL DIVISION
DECEMBER 2022

The People of the State of Illinois

v.

Patrick O'Donnell

INDICTMENT FOR

AGGRAVATED BATTERY

COPY

ADS

A TRUE BILL

_____
Foreman of the Grand Jury

WITNESS
Sergeant Michael Martin #324

Filed _____, 20___
_____, Clerk
Bail $ _____



G.J. = DECEMBER 2022  1062     RETURNED:

```
STATE OF ILLINOIS      )
                       )  SS.
COUNTY OF COOK         )
```

                        The DECEMBER 2022 Grand Jury of the
                           Circuit Court of Cook County,

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about July 27, 2022 at and within the County of Cook

                               Patrick O'Donnell

committed the offense of      AGGRAVATED BATTERY

in that HE, IN COMMITTING A BATTERY, OTHER THAN BY THE DISCHARGE OF A FIREARM, KNOWINGLY CAUSED BODILY HARM TO H.A., TO WIT: STRUCK H.A. ABOUT THE HEAD AND FACE WITH A CLOSED FIST CAUSING FACIAL CONTUSIONS AND ABRASIONS, NASAL BONE FRACTURE, AND SUBDURAL HEMORRHAGE, WHILE THEY WERE ON OR ABOUT A PUBLIC WAY, TO WIT: THE STREET, LOCATED AT 9500 SOUTH MCVICKER AVENUE IN OAK LAWN, COOK COUNTY, ILLINOIS,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 12-3.05(c) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

                               COUNT NUMBER 1
                               CASE NUMBER 23CR0210701
                               CHARGE ID CODE: 0016104

**G.J. = DECEMBER 2022  1062**        **RETURNED:**

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about July 27, 2022 at and within the County of Cook

                                  Patrick O'Donnell

committed the offense of      AGGRAVATED BATTERY

in that HE, IN COMMITTING A BATTERY, OTHER THAN BY THE DISCHARGE OF A FIREARM, KNOWINGLY CAUSED GREAT BODILY HARM TO H.A., TO WIT: STRUCK H.A. ABOUT THE HEAD AND FACE WITH A CLOSED FIST CAUSING FACIAL CONTUSIONS AND ABRASIONS, NASAL BONE FRACTURE, AND SUBDURAL HEMORRHAGE,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 12-3.05(a)(1) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

                                  COUNT NUMBER 2
                                  CASE NUMBER 23CR0210701
                                  CHARGE ID CODE: 0016094

**G.J. = DECEMBER 2022  1062**        **RETURNED:**

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about July 27, 2022 at and within the County of Cook

                                Patrick O'Donnell

committed the offense of       OFFICIAL MISCONDUCT

in that HE, A PUBLIC EMPLOYEE IN HIS OFFICIAL CAPACITY, TO WIT: A POLICE OFFICER FOR THE OAK LAWN POLICE DEPARTMENT, KNOWINGLY PERFORMED AN ACT WHICH HE KNEW WAS FORBIDDEN BY LAW TO PERFORM, TO WIT: HE COMMITTED THE OFFENSE OF AGGRAVATED BATTERY ON A PUBLIC WAY (720 ILCS 5/12-3.05(c)) WHEN HE KNOWINGLY STRUCK H.A. ABOUT THE FACE AND HEAD CAUSING FACIAL CONTUSIONS AND ABRAISONS, NASAL BONE FRACTURE, AND SUBDURAL HEMORRHAGE, ON A PUBLIC WAY, TO WIT: THE STREET AT 9500 SOUTH MCVICKER AVENUE, OAK LAWN, COOK COUNTY, ILLINIOS

IN VIOLATION OF CHAPTER 720 ACT 5 SECTON 33-3(a)(2) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

                                COUNT NUMBER 3
                                CASE NUMBER 23CR0210701
                                CHARGE ID CODE: 0017902

**G.J. = DECEMBER 2022 1062**       **RETURNED:**

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about July 27, 2022 at and within the County of Cook

                                Patrick O'Donnell

committed the offense of       OFFICIAL MISCONDUCT

in that HE, A PUBLIC EMPLOYEE IN HIS OFFICIAL CAPACITY, TO WIT: A POLICE OFFICER FOR THE OAK LAWN POLICE DEPARTMENT, KNOWINGLY PERFORMED AN ACT WHICH HE KNEW WAS FORBIDDEN BY LAW TO PERFORM, TO WIT: HE COMMITTED THE OFFENSE OF AGGRAVATED BATTERY CAUSING GREAT BODILY HARM, WHEN HE KNOWINGLY STRUCK H.A. ABOUT THE FACE AND HEAD CAUSING FACIAL CONTUSIONS AND ABRAISONS, NASAL BONE FRACTURE, AND SUBDURAL HEMORRHAGE,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTON 33-3(a)(2) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

                              COUNT NUMBER 4
                              CASE NUMBER 23CR0210701
                              CHARGE ID CODE: 0017902

**G.J. = DECEMBER 2022   1062**         **RETURNED:**