**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ABUATELAH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 22-cv-3998 |
| ) | |
| VITTORIO, et al., ) | Judge Steven C. Seeger |
| ) | |
| Defendants. ) | |

**MOTION FOR LEAVE TO FILE DEFENDANTS' MOTION TO STAY UNDER SEAL**

Defendants Village of Oak Lawn and Oak Lawn Police Chief Daniel Vittorio ("Village Defendants"), by and through their counsel, Klein, Thorpe & Jenkins, Ltd., Officers Brandon Collins and M. Hollingsworth, by and through their counsel, Del Galdo Law Group, LLC, and Officer Patrick O'Donnell, by and through his counsel, O'Halloran, Kosoff, Geitner & Cook, LLC (collectively "Defendants"), move this Honorable Court for an order allowing Defendants to file their Motion to Stay All Discovery as to All Parties and Supporting Memorandum under seal pursuant to Local Rule 26.2. In support thereof, Defendants state as follows:

1. After the filing of Plaintiff's Second Amended Complaint, Defendants moved for a stay because the incident in question was part of an ongoing investigation into the officers' conduct that could lead to criminal charges. Dkt. 29.

2. On December 12, 2022, the Court granted a stay, in part, but ordered the Village to file an answer and permitted Plaintiff and the Village to exchange and respond to written discovery. Dkt. 36.

3. On March 27, 2023, the Court directed that any additional motions about the stay should be filed by April 21, 2023. Dkt. 54.

4.      Defendants intend on filing a Motion to Stay All Discovery as to All Parties and Supporting Memorandum, which includes numerous references to Plaintiff's underlying criminal case and criminal background.

5.      Because Plaintiff is a minor, Defendants believe that this information would fall under the protections of the Juvenile Records Act, which provides that juvenile court records shall not be made available to the general public, except pursuant to a court order. 705 ILCS 405/5-901(5).

6.      As there is no court order permitting Defendants to publicly disclose this information, Defendants respectfully request that this Court enter an order granting leave to file their motion under seal pursuant to Local Rule 26. 2.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order granting leave to file Defendants' Motion to Stay All Discovery as to All Parties and Supporting Memorandum under seal, and for any further relief the Court deems necessary and just.

Respectfully submitted,

By: */s/Anthony Becknek*

Allen Wall (jawall@ktjlaw.com)
Howard C. Jablecki (hcjablecki@ktjlaw.com)
Anthony G. Becknek (agbecknek@ktjlaw.com)
Colleen M. Shannon (cmshannon@ktjlaw.com)
Klein, Thorpe and Jenkins, Ltd.
Attorneys for Defendants Daniel Vittorio and the Village of Oak Lawn
20 North Wacker Drive, Suite 1660
Chicago, Illinois 60606
(312) 984-6400

By: */s Michael J. Victor*

Michael J. Victor
Attorney for Defendant Officer Patrick O'Donnell
IFMK Law, Ltd.

650 Dundee Road, Suite 475
Northbrook, IL 60062
Phone: (847) 291-0200
Email: mvictor@ifmklaw.com

By: */s/*K. Austin Zimmer

K. Austin Zimmer zimmer@dlglawgroup.com
Michael Aaron Albert albert@dlglgroup.com
Sean Michael Sullivan sullivanb@dlglgroup.com
Attorneys for Defendant Officers Brandon Collins and M. Hollingsworth
Del Galdo Law Group LLC
1441 S Harlem
Berwyn, Illinois
(847) 222-7000