## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Hadi Abuatelah

                      Plaintiff,

v.                                       Case No.: 1:22–cv–03998
                                                Honorable Steven C. Seeger

Officer One, et al.

                      Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 21, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The motion for leave to file under seal the motion to stay (Dckt. No. [60]) is hereby granted. The Court reviewed Plaintiff's motion to lift the stay (Dckt. No. [50]), and the Defendants' motion to stay (Dckt. Nos. [61, 62]). If any party seeks to file a response to either motion, the response is due is due by May 5, 2023. If the parties choose to rest on their cross motions, that's fine too. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.