**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ABUATELAH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 22-cv-3998 |
| | ) | |
| VITTORIO, et al., | ) | Judge Steven C. Seeger |
| | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO FILE DEFENDANTS' AMENDED MOTION TO STAY UNDER SEAL**

Defendants Village of Oak Lawn and Oak Lawn Police Chief Daniel Vittorio ("Village Defendants"), by and through their counsel, Klein, Thorpe & Jenkins, Ltd., Officers Brandon Collins and M. Hollingsworth, by and through their counsel, Del Galdo Law Group, LLC, and Officer Patrick O'Donnell, by and through his counsel, O'Halloran, Kosoff, Geitner & Cook, LLC (collectively "Defendants"), move this Honorable Court for an order allowing Defendants to file their Amended Motion to Stay All Discovery as to All Parties and Supporting Memorandum under seal and allowing Defendants to file this motion with specific criminal charge information under seal pursuant to Local Rule 26.2. In support thereof, Defendants state as follows:

1. After the filing of Plaintiff's Second Amended Complaint, Defendants moved for a stay because the incident in question was part of an ongoing investigation into the officers' conduct that could lead to criminal charges. Dkt. 29.

2. On December 12, 2022, the Court granted a stay, in part, but ordered the Village to file an answer and permitted Plaintiff and the Village to exchange and respond to written discovery. Dkt. 36.

557027_1

3. On March 27, 2023, the Court directed that any additional motions about the stay should be filed by April 21, 2023. Dkt. 54.

4. Defendants filed a Motion to Stay All Discovery as to All Parties and Supporting Memorandum on April 21, 2023, which includes numerous references to Plaintiff's underlying criminal case and criminal background. In Defendants' motion, Defendants identify charges they in good faith believed were pursued and filed by the Cook County State's Attorney's Office. This good faith was based on the Oak Lawn Police Department sending an email to the State's Attorney's Office in which they set out a list of believed to be pending charges against the Plaintiff and asked the State's Attorney's Office to confirm those charges, and if any were dropped or changed. The State's Attorney's Office responded with "the charges are still pending," and did not indicate that any other charges were filed, changed, or dropped. Defendants' motion was filed under seal pursuant to the Juvenile Court Act.

5. On May 5, 2023, Plaintiff filed a response to Defendants' Motion to Stay All Discovery which identified underlying criminal charges against Plaintiff and was not filed under seal. Plaintiff indicated that there were some different charges against Plaintiff.

6. Upon reviewing Plaintiff's submission, Defendants' counsel immediately asked Plaintiff's counsel to provide, under attorney's eyes only, any documentation that they had to confirm the charges they indicated in the filed response as Defendants wanted to alert the Court immediately to any inaccuracy in its submission, made in good faith, after having confirmed its information with the CCSAO. Plaintiff's counsel has not responded. Upon further investigation, through additional emails between the Oak Lawn Police Department and the State's Attorney's Office after Plaintiff's submission, it was confirmed that additional charges were filed, and other charges were not filed. With respect to charging, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

███████████████████████████████████████████

███████████████████████████████████████████

████

7. Although Defendants do not believe the amendments to their motion substantially change the arguments outlined in Defendants' pending Motion to Stay, as the *Younger* Abstention Doctrine still applies given the unchanged charges against Plaintiff in criminal court, Defendants defer of course to this Court in whether an Amended Motion to Stay is necessary, but seek leave to file an Amended Motion to Stay Under Seal if deemed necessary, as well as this motion with specific charge information under seal, pursuant to the Juvenile Court Act. Certainly, the portion of the pending Motion to Stay related to the *Younger* abstention doctrine and unchanged criminal charge is still the main basis for the stay pursuant to Plaintiff's criminal charges and *Younger*.

8. Because Plaintiff is a minor, Defendants believe that criminal charging information would fall under the protections of the Juvenile Records Act, which provides that juvenile court records shall not be made available to the general public, except pursuant to a court order. 705 ILCS 405/5-901(5).

9. As there is no court order permitting Defendants to publicly disclose this information, Defendants respectfully request that this Court enter an order granting leave to file an Amended Motion to Stay Under Seal, in order to amend certain information related to criminal charges filed against the Plaintiff under seal pursuant to Local Rule 26.2.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order granting leave to file an Amended Motion to Stay Under Seal, as well as to provide this motion with factually specific information relative to the charges under seal pursuant to Local Rule 26.2, and for any further relief the Court deems necessary and just.

557027_1

        Respectfully submitted,

        By: */s/Anthony Becknek*

Allen Wall (jawall@ktjlaw.com)
Howard C. Jablecki (hcjablecki@ktjlaw.com)
Anthony G. Becknek (agbecknek@ktjlaw.com)
Colleen M. Shannon (cmshannon@ktjlaw.com)
Klein, Thorpe and Jenkins, Ltd.
Attorneys for Defendants Daniel Vittorio and the Village of Oak Lawn
20 North Wacker Drive, Suite 1660
Chicago, Illinois 60606
(312) 984-6400

        By: */s Michael J. Victor*

Michael J. Victor (mvictor@okgc.com)
Attorney for Defendant Officer Patrick O'Donnell
O'Halloran Kosoff Geitner & Cook, LLC
Edens Corporate Center
650 Dundee Road - Fourth Floor
Northbrook, IL 60062
(847) 291-0200

        By: */s/*K. Austin Zimmer

K. Austin Zimmer zimmer@dlglawgroup.com
Michael Aaron Albert (albert@dlglgroup.com)
Sean Michael Sullivan (sullivanb@dlglgroup.com)
Attorneys for Defendant Officers Brandon Collins and M. Hollingsworth
Del Galdo Law Group LLC
1441 S Harlem
Berwyn, Illinois
(847) 222-7000

557027_1