UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENA NATOUR FOR MINOR HADI ABUATELAH, ) ) ) Plaintiffs, ) ) v. ) ) CHIEF OF POLICE OAK LAWN POLICE ) DANIEL VITTORIO, OFFICER B. ) COLLINS, OFFICER P. O'DONNELL ) OFFICER M. HOLLINGSWORTH and ) THE VILLAGE OF OAK LAWN ) Defendants. ) ) | Case No. 22-cv-03998 Hon. Steven C. Seeger |

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES, Plaintiff Attorney, Emma Melton, of CAIR-Chicago in her motion to withdraw as counsel for Plaintiff. In support of this motion, she states as follows:

1. Plaintiff has adequate counsel through Zaid Abdallah of Abdallah Law who has already entered an appearance as lead attorney on the above-captioned case.

2. Counsel, Emma Melton, is no longer employed by CAIR-Chicago, and another attorney from this organization will file an appearance as soon as possible.

3. Plaintiff does not object to this withdrawal.

Plaintiff respectfully requests this Court grant Emma Melton's request to withdraw as counsel for Plaintiff.

Respectfully submitted,

Emma Melton
CAIR-Chicago

17 N State, Ste 1500
Chicago, IL 60602
emelton@cair.com
Atty No.: 6333057