AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| DENA NATOUR for minor HADI ABUATELAH<br>*Plaintiff*<br>v.<br>CHIEF OF OAK LAWN POLICE DANIEL VITTORIO, et. al<br>*Defendant* | Case No. 22CV03998 |

### APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Dena Natour for minor Hadi Abuatelah.

Date: 07/28/2023

/s/ Sam Harton
*Attorney's signature*

Samantha Harton #6342112
*Printed name and bar number*

321 N. Clark Street, Suite 900
Chicago, IL 60654
*Address*

sharton@rblaw.net
*E-mail address*

(312) 458-1000
*Telephone number*

(312) 458-1004
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DENA NATOUR for minor HADI ABUATELAH ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 22CV03998 |
| CHIEF OF OAK LAWN POLICE DANIEL VITTORIO, et. al ) | |
| *Defendant* ) | |

CERTIFICATE OF SERVICE

I certify that on  07/28/2023 , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

  all attorneys on record  ,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

_____.

/s/ Sam Harton
*Attorney's signature*

Samantha Harton #6342112
*Printed name and bar number*

321 N. Clark Street, Suite 900
Chicago, IL 60654

*Address*

sharton@rblaw.net
*E-mail address*

(312) 458-1000
*Telephone number*

(312) 458-1004
*Fax number*