# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS –
# EASTERN DIVISION

| | | |
|---|---|---|
| DENA NATOUR for MINOR HADI ABUATELAH | ) ) | |
| Plaintiff | ) ) | No. 22 CV 03998 |
| V. | ) ) ) | Hon. Judge Steven Seeger |
| CHIEF OF OAKLAWN POLICE DANIEL VITTORIO, OFFICER B. COLLINS OFFICER P. ODONNELL, OFFICER M. HOLLINGSWORTH and THE VILLAGE OF OAK LAWN | ) ) ) ) ) ) ) | |
| Defendant. | ) | |

## JOINT UPDATED STATUS REPORT ON
## PLAINTIFF'S AND DEFENDANT'S CRIMINAL CASES

Now, come the parties, having conferred and agreed, to file the status report. The criminal matter of Patrick O'Donnell remains pending in front of the Honorable Judge Domenica Stephenson under case number 23 CR 0210701. The matter is in a pretrial posture. The next pretrial hearing is set for April 17, 2024. Plaintiff's criminal matter was disposed of via a plea of guilty to unlawful possession of a weapon. The parties will file an updated joint status report three months from today's date of 4/1/2024.

                                              **Attorney for Defendant Officer Patrick O'Donnell**

                                        By: *s/Michael J. Victor*
                                               Attorney for Defendants

Michael J. Victor
IFMK Law, Ltd.
650 Dundee Rd., Ste. 475
Northbrook Illinois 60062
Telephone: (847) 291-0200
Facsimile: (708) 621-5538
mvictor@ifmklaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENA NATOUR FOR MINOR HADI ABUATELAH, | ) ) ) |
| Plaintiffs, | ) Case No. 22-cv-03998 ) |
| v. | ) Hon. Steven C. Seeger ) |
| CHIEF OF POLICE OAK LAWN POLICE DANIEL VITTORIO, OFFICER B. COLLINS, OFFICER P. O'DONNELL OFFICER M. HOLLINGSWORTH and THE VILLAGE OF OAK LAWN | ) ) ) ) ) ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2024, I electronically filed the ***Parties Joint Status Report on Plaintiff's and Defendant's Criminal Cases*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF participant(s):

Zaid Adballach
Adballah Law
zaid@adballah-law.com

Antonio M. Romanucci
Bhavani K. Reveendran
Sam Harton
Romamicco & Blandin Llc
aromanucci@rblaw.net
b.raveendran@rblaw.net
sharton@rblaw.net

Joseph Milburn
Cair Chicago
j-milburn@cair.com

Anthony G. Beckneck
John A. Wall
Colleen M. Shannon
Howard C. Jablecki
Klein, Thorpe & Jenkins, Ltd.
agbecknek@ktjlaw.com
jawall@kjtlaw.com
cmshannon@ktjlaw.com
hcjablecki@kjtlaw.com

K. Austin Zimmer
Michael A. Albert
Sean M. Sullivan
Del Galdo Law Group, LLC
zimmer@dlglawgroup.com
albert@dlglawgroup.com
sullivan@dlglawgroup.com

By: *s/Michael J. Victor*
Michael J. Victor, #6297846
OKGC Law, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Phone: 847/291-0200
Fax: 847/291-9230
Email: mvictor@okgc.com