IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS –
EASTERN DIVISION

| | | |
|---|---|---|
| DENA NATOUR for MINOR HADI ABUATELAH | ) ) | |
| Plaintiff | ) ) | No. 22 CV 03998 |
| V. | ) ) ) | Hon. Honorable Georgia N. Alexakis |
| | ) | |
| CHIEF OF OAKLAWN POLICE DANIEL VITTORIO, OFFICER B. COLLINS OFFICER P. ODONNELL, OFFICER M. HOLLINGSWORTH and THE VILLAGE OF OAK LAWN | ) ) ) ) ) | |
| Defendant. | ) | |

**JOINT UPDATED STATUS REPORT ON
PLAINTIFF'S AND DEFENDANT'S CRIMINAL CASES**

Now, come the parties, having conferred and agreed, to file the status report. The criminal matter of Patrick O'Donnell **no longer** remains pending in front of the Honorable Judge Domenica Stephenson under case number 23 CR 0210701. Plaintiff's criminal matter was disposed of via a plea of guilty to unlawful possession of a weapon. The Plaintiff filed an Unopposed Motion to File a Fourth Amended Complaint.

The parties agree that the stay entered on December 12, 2022, (Doc. 36), may be lifted and the parties can proceed with the case. Defendants request twenty-one days (21) to respond to the Plaintiff's Fourth Amended Complaint after this Court gives leave to the Plaintiffs to file the Fourth Amended Complaint. The parties request twenty-one days to file an initial status report pursuant to Federal Rule of Civil Procedure 26(f).

        **Attorney for Defendant Officer Patrick O'Donnell**

      By: *s/Michael J. Victor*
         Attorney for Defendant

Michael J. Victor
IFMK Law, Ltd.
650 Dundee Rd., Ste. 475
Northbrook Illinois 60062
Telephone: (847) 291-0200
Facsimile: (708) 621-5538
mvictor@ifmklaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DENA NATOUR FOR MINOR ) | |
| HADI ABUATELAH, ) | |
| ) | |
| Plaintiffs, ) | Case No. 22-cv-03998 |
| ) | |
| v. ) | Hon. Steven C. Seeger |
| ) | |
| CHIEF OF POLICE OAK LAWN POLICE ) | |
| DANIEL VITTORIO, OFFICER B. ) | |
| COLLINS, OFFICER P. O'DONNELL ) | |
| OFFICER M. HOLLINGSWORTH and ) | |
| THE VILLAGE OF OAK LAWN ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2024, I electronically filed the ***Parties Joint Status Report on Plaintiff's and Defendant's Criminal Cases*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF participant(s):

| | |
|---|---|
| Zaid Adballach | Anthony G. Beckneck |
| Adballah Law | John A. Wall |
| zaid@adballah-law.com | Colleen M. Shannon |
| | Howard C. Jablecki |
| Antonio M. Romanucci | Klein, Thorpe & Jenkins, Ltd. |
| Bhavani K. Reveendran | agbecknek@ktjlaw.com |
| Sam Harton | jawall@kjtlaw.com |
| Romamicco & Blandin Llc | cmshannon@ktjlaw.com |
| aromanucci@rblaw.net | hcjablecki@kjtlaw.com |
| b.raveendran@rblaw.net | |
| sharton@rblaw.net | |
| | K. Austin Zimmer |
| Joseph Milburn | Michael A. Albert |
| Cair Chicago | Sean M. Sullivan |
| j-milburn@cair.com | Del Galdo Law Group, LLC |
| | zimmer@dlglawgroup.com |
| | albert@dlglawgroup.com |
| | sullivan@dlglawgroup.com |

By: *s/Michael J. Victor*
Michael J. Victor, #6297846
OKGC Law, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Phone: 847/291-0200
Fax: 847/291-9230
Email: mvictor@okgc.com