UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DENA NATOUR for MINOR HADI ABUATELAH | ) ) | |
| Plaintiff | ) | No. 22 CV 03998 |
| | ) | |
| V. | ) | |
| | ) | Hon. **Georgia N. Alexakis** |
| | ) | |
| VILLAGE OF OAK LAWN et al. Defendant. | | |

## JOINT STATUS REPORT

The parties, by and through their respective counsel, submit the following Joint Status Report pursuant to the Court's order:

1. Status of Pleadings: All Defendants have filed answers to the Complaint.

2. Discovery Schedule: The parties have conferred and agreed to the following discovery schedule. A proposed order has been emailed to the court to Proposed_Order_Alexakis@ilnd.uscourts.gov

| Event | Deadline |
|---|---|
| Amendment to Pleadings | June 30, 2025 |
| Close of Fact Discovery | August 30, 2025 |
| Disclosure of Plaintiff's Expert Report(s) | October 30, 2025 |
| Deposition of Plaintiff's Expert | December 30, 2025 |
| Disclosure of Defendant's Expert Report(s) | November 30, 2025 |
| Deposition of Defendant's Expert | January 30, 2026 |
| Dispositive Motions Due | March 30, 2026 |

The parties will continue to cooperate in the discovery process and will inform the Court of any anticipated issues.

Respectfully submitted,
Attorneys for Plaintiff
By: /s/ Zaid Abdallah
Abdallah Law
Email: zaid@adballah-law.com