# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Hadi Abuatelah
                     Plaintiff,

v.                                           Case No.: 1:22−cv−03998
                                                Honorable Georgia N Alexakis

Officer One, et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 26, 2025:

      MINUTE entry before the Honorable Georgia N Alexakis: The Court has reviewed the parties' joint status report, which proposes an agreed−upon discovery schedule [104]. This case is referred to the assigned Magistrate Judge for all discovery scheduling and supervision, including the authority to set, adjust, and extend all discovery−related deadlines. The referral also includes the authority to conduct a settlement conference, as necessary. The Court will set a dispositive motion schedule after all discovery is completed. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.