## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Hadi Abuatelah
                Plaintiff,

v.                                  Case No.: 1:22–cv–03998
                                              Honorable Georgia N Alexakis

Officer One, et al.
                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Jeffrey Cole for the purpose of holding proceedings related to: Discovery supervision and for settlement conference.(ca, )

Dated: February 26, 2025

                                                            /s/ Georgia N Alexakis

                                                           United States District Judge