UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Hadi Abuatelah
                      Plaintiff,

v.                                            Case No.: 1:22−cv−03998
                                                     Honorable Georgia N Alexakis

Officer One, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 27, 2025:

      MINUTE entry before the Honorable Jeffrey Cole: Judge Alexakis has referred the case here for the purpose of holding proceedings related to: Discovery supervision and for settlement conference. [105] and [106]. Judge Alexakis has lifted the previously imposed stay of discovery on 2/3/25 [Dkt. [98]]. The Court adopts the proposed discovery schedule included in the parties' Joint Initial Status Report [104]. The discovery is as follows: Amendment to Pleadings by 6/30/25; Close of Fact Discovery (including depositions) by 8/30/25; Disclosure of Plaintiff's Expert Report(s) by 10/30/25; Disclosure of Defendant's Expert Report(s) by 11/30/25; Deposition of Plaintiff's Expert by 12/30/25; Deposition of Defendant's Expert by 1/30/26; Expert discovery to be completed by 1/30/26; Dispositive Motions Due by 3/30/26 (subject to District Court approval). Counsel should submit a joint status report every 3 months to this Court, signed by counsel, specifically detailing the progress of discovery for the reporting period, after the Court's initial video status conference. An initial video status conference is set for 5/27/25 at 10:30am. Instructions will be emailed to counsel. Members of the public and media will be able to call in to listen to this hearing. Please call (855)−244−8681, access code 1807229989#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.