UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Hadi Abuatelah
                Plaintiff,

v.                                                    Case No.: 1:22−cv−03998
                                                          Honorable Georgia N Alexakis

Officer One, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 12, 2025:

      MINUTE entry before the Honorable Albert Berry, III: Parties should confer and submit a joint report detailing the status of the case not later than 5/19/25. The previous status date of 5/27/25 shall stand. [107]. Instructions will be emailed to counsel. Please note the new call−in information. Members of the public and media will be able to call in to listen to this hearing. Call (855)−244−8681, access code **2316 863 7794#** . Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.