# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Hadi Abuatelah

                Plaintiff,

v.

Officer One, et al.

                Defendant.

Case No.: 1:22–cv–03998
Honorable Georgia N Alexakis

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 27, 2025:

      MINUTE entry before the Honorable Albert Berry, III: Off−the−record status hearing held 5/27/25, due to technical difficulties for the Court. The parties report that they are progressing smoothly with written discovery and do not have any issues that require court intervention. They expect to begin taking depositions in July. They do not request a settlement conference at this time. The parties are ordered to file an updated joint status report on 7/25/25 that updates the Court on the progress of fact discovery and whether the parties believe a settlement conference would be fruitful at that time. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.