# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Hadi Abuatelah

                           Plaintiff,

v.                                                     Case No.: 1:22−cv−03998

                                      Honorable Georgia N. Alexakis

Officer One, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 17, 2025:

        MINUTE entry before the Honorable Albert Berry III: Settlement conference held on 10/16/25. The case is settled. The parties are to be commended on their reasonableness and good faith shown throughout the negotiation. All matters related to the referral of this action are resolved. The case is returned to the assigned District Judge. Any deadlines pending or hearings scheduled before Judge Berry III are stricken. Referral terminated. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.