**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Hadi Abuatelah
      Plaintiff,

v.             Case No.: 1:22−cv−03998
             Honorable Georgia N. Alexakis

Officer One, et al.
      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 20, 2025:

  MINUTE entry before the Honorable Georgia N. Alexakis: The parties are directed to file a stipulation of dismissal by 12/5/25. The Court sets a status hearing for 12/11/25 at 9:30 a.m., although that hearing date will be vacated in the matter has been terminated beforehand.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.